# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| RGB SERVICES, LLC et al., | : | NO. 11-4579 |
| Defendants. | : | |

## AMENDED PRETRIAL SCHEDULING ORDER

AND NOW, this **23rd** day of **January, 2012**, following a pretrial telephone conference with all counsel and pursuant to joint proposed scheduling dates, IT IS ORDERED the dates previously set by Judge Padova in his January 17, 2012 Order are hereby modified as follows:

1. This case will be listed for a bench trial on **July 23, 2012** at **9:30 a.m.** in **Courtroom 3G**. Trial is expected to last through **July 25, 2012**. Counsel should consider themselves attached as of this date.

2. The parties shall file one (1) copy of proposed findings of fact and conclusions of law with the Clerk of Court **on a date to be set after trial**. One (1) copy of the proposed findings of fact and conclusions of law shall be sent to the Court (Chambers).

3. All other dates in Judge Padova's January 17, 2012 Order remain in force.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge