UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

DOCKET NUMBER: 11-4579

LOCAL UNION NO. 98,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, et al.

                Plaintiffs

v

RGB SERVICES, LLC, et al.

                Defendants

**PLAINTIFFS' EXHIBITS AND ATTACHMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES CIVIL PROCEDURE**

        **MARINO, CONROY & COYLE**
        301 Wharton Street
        Philadelphia, Pa 19147
        Telephone (215) 462-3200
        Telecopier (215) 462-4763

By:   **STEVEN F. MARINO, ESQUIRE**
        Attorney I.D. 53034
        Attorneys for Plaintiffs

## INDEX OF APPENDIX EXHIBITS

1. Letter of Assent and Voice-Data-Video Agreement, Supplements, Addendums and Appendices

2. Deposition Michael Metsikas March 23, 2012

3. Affidavit of Ed Coppinger

4. Complaint

5. Defendants' Answer to Plaintiffs' Complaint and Affirmative Defenses

6. Declaration of Trust Agreement establishing the Local Union No. 98, International Brotherhood of Electrical Workers Sound and Communication Health & Welfare Fund and amendments thereto

7. Declaration of Trust Agreement establishing the Local Union No. 98, International Brotherhood of Electrical Workers Profit Sharing Fund [also referred to as The Deferred Income Plan] and amendments thereto

8. Declaration of Trust Agreement establishing the Electrical Workers Joint Apprenticeship and Training Trust Fund

9. Declaration of Trust Agreement establishing the Labor Management Cooperation Fund

10. Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund

11. Expert Report of certified public accountant Jacquelyn K. Coyle, CPA. and curriculum vitae

12. Deposition Jacquelyn K. Coyle, CPA May 25, 2012

13. Affidavit of Marco Rivera

14. Affidavit of Deb Gerber

15. Report generated by report dated May 24, 2012, generated by Chad Staller, J.D., M.B.A., M.A.C. and James Markham, Ph.D. J.D. CPCU

16. Affidavit of Jeffrey P. Scarpello, Esquire