UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

LOCAL UNION NO. 98       :
INTERNATIONAL BROTHERHOOD OF   :
ELECTRICAL WORKERS, et al.     :  Civil Action No. 11-4579
              :
       Plaintiffs   :
    v         :
              :
RGB SERVICES, LLC, et al.     :
              :
       Defendants  :

## DECLARATION OF COUNSEL

I, Steven F. Marino, Esquire declare as follows:

1.  I am a member of the law firm of Marino, Conroy & Coyle and was the assigned responsibility to participate in the prosecution of the above referenced matter. I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action in the course of this litigation.

2.  This firm is counsel of record for the plaintiffs.

3.  The total number of hours spent on this litigation by my firm is  408.14 . The total lodestar amount for attorney/paralegal time based on the firm's current rates is  $81,994.24 . The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Steven F. Marino | (P) | 10.43 | $275.00 | 2,869.17 |
| | (A) | 322.61 | $225.00 | 72,588.75 |
| David McMurray | (PL) | 75.10 | $85.00 | $6,536.32 |

| TOTAL: | | | $81,994.24 |
|---|---|---|---|

(P) Partner
(A) Associate
(PL) Paralegal

4.    The firm of Marino, Conroy & Coyle incurred expenses in connection with the prosecution of this litigation equal to $11,192.39.

5.    The total value of professional services rendered by the firm of Marino, Conroy & Coyle and expenses incurred expenses in connection with the prosecution of this litigation equals $93,186.63 [see copies of detail statements of Attorney Hours (Partner), Attorney Hours (Associate), Paralegal Hours and Costs attached hereto and marked as Exhibit A].

6.    The hours dedicated to prosecuting this matter is recorded in the firm's accounting system. The expenses incurred pertaining to this case are reflected in the accounting system and books and records maintained by the firm.  The accounting system, books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

7.    I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

                    MARINO, CONROY & COYLE

            By: _____

Dated: 5/3/13        STEVEN F. MARINO, ESQUIRE

2

# Exhibit A

Billing RGB Total

**RGB Services**

| Date | Memo | Amount |
|------|------|--------|
| | Attorney Hours (322.61661*225.00) | 72,588.75 |
| | Attorney Hours (10.43*275.00) | 2,869.17 |
| | Paralegal Hours (75.10*85.00) | 6,536.32 |
| | Costs | 11,192.39 |
| | | 93,186.63 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 03/11/10 | Correspondence to RGB Services | 0.33333 | 75.00 |
| 03/11/10 | Entry into inner office memo | 0.20000 | 45.00 |
| 03/11/10 | t/c RGB Services, LLC | 0.20000 | 45.00 |
| 03/11/10 | Internet search to verify contact information | 0.60000 | 135.00 |
| 03/11/10 | Correspondence Brian Burrows | 0.33333 | 75.00 |
| 03/26/10 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 03/26/10 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 04/08/10 | t/c from Ed Coppinger | 0.10000 | 22.50 |
| 04/08/10 | Correspondence from Debra Gerber and attachments | 0.30000 | 67.50 |
| 04/08/10 | Review Payroll Audit, papers and associtated correspondence | 0.40000 | 90.00 |
| 04/08/10 | Inner office filing | 0.33333 | 75.00 |
| 06/03/10 | Review case file and bond language | 0.75000 | 168.75 |
| 06/15/10 | File activation - Bond Claim | 0.40000 | 90.00 |
| 06/15/10 | Correspondence Pennsylvania National Mutual Insurance Company | 0.60000 | 135.00 |
| 06/15/10 | Correspondence to Brian Burrows | 0.33333 | 75.00 |
| 06/15/10 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 06/15/10 | Correspondence to Jeff Scarpello, Esquire | 0.33333 | 75.00 |
| 06/16/10 | Update Litigation Report | 0.60000 | 135.00 |
| 07/12/10 | Prepare draft Complaint - USDCEDPA | 2.60000 | 585.00 |
| 07/12/10 | Research biographic information of company | 0.70000 | 157.50 |
| 07/13/10 | Revise draft Complaint - USDCEDPA | 0.40000 | 90.00 |
| 07/19/10 | Review activity entries entered 7/15/10 | 0.30000 | 67.50 |
| 08/23/10 | Update Litigation Report | 0.30000 | 67.50 |
| 09/02/10 | Review correspondence forwarded by Robert Cocco, Esquire | 0.30000 | 67.50 |
| 09/03/10 | Entry into inner office memo | 0.33333 | 75.00 |
| 09/03/10 | t/c Robert Cocco, Esquire | 0.30000 | 67.50 |
| 09/03/10 | Review correspondence and attachments forwarded by Ronert Cocco, Esquire | 0.33333 | 75.00 |
| 09/15/10 | t/c Chirsty Daly of Pennsylvania National Mutual Casualty Insurance Company | 0.20000 | 45.00 |
| 09/15/10 | Entry into inner office memo | 0.20000 | 45.00 |
| 09/16/10 | Update Litigation Report | 0.20000 | 45.00 |
| 11/16/10 | t/c from Judge Padova's chambers | 0.10000 | 22.50 |
| 11/16/10 | t/c Judge Padova's chambers | 0.20000 | 45.00 |
| 11/16/10 | Update Litigation Report | 0.30000 | 67.50 |
| 11/22/10 | Legal research and preparation of draft of response to 12(b)(6) motion to dismiss and supportin... | 2.60000 | 585.00 |
| 11/23/10 | t/c Jacqueline Coyle of Novak Francella | 0.10000 | 22.50 |

| Date | Memo | Hours | Amount |
|---|---|---|---|
| 11/23/10 | Entry into inner office memo | 0.10000 | 22.50 |
| 11/23/10 | t/c Debbie Gerber | 0.20000 | 45.00 |
| 11/23/10 | t/c Eddie Coppinger | 0.20000 | 45.00 |
| 11/23/10 | t/c from Jacqueline Coyle of Novak Francella | 0.20000 | 45.00 |
| 11/23/10 | Entries into inner office memo | 0.30000 | 67.50 |
| 11/23/10 | Legal research and prepare draft of Memorandum of Law in Opposition to12(b)(6) motion to dismiss | 3.60000 | 810.00 |
| 11/24/10 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 11/24/10 | Finalize Memorandum of Law in Opposition to12(b)(6) motion to dismiss | 3.40000 | 765.00 |
| 11/24/10 | Review correspondence and attachments provided by Ed Coppinger | 0.33333 | 75.00 |
| 01/31/11 | Correspondence From Judge Padova Re: PTC on 2-17-11 | 0.30000 | 67.50 |
| 01/31/11 | Update file and memos | 0.30000 | 67.50 |
| 01/31/11 | Review momorandum and order from J. Padova | 2.00000 | 450.00 |
| 02/17/11 | Review Court Order | 0.30000 | 67.50 |
| 02/17/11 | Update Litigation Report | 0.30000 | 67.50 |
| 02/17/11 | Review Opinon of Judge Padova | 1.40000 | 315.00 |
| 02/28/11 | t/c Ed Coppinger | 0.11667 | 26.25 |
| 02/28/11 | t/c from Judge Padova's chambers | 0.20000 | 45.00 |
| 02/28/11 | Prepare Rule 16 Conference Memo | 0.75000 | 168.75 |
| 03/01/11 | Update Litigation Report | 0.40000 | 90.00 |
| 03/01/11 | Appear and participate in Rule 16 Conference convened by Judge Padova | 3.00000 | 675.00 |
| 03/02/11 | t/c Brian Burrows | 0.20000 | 45.00 |
| 03/03/11 | t/c Brian Burrows | 0.10000 | 22.50 |
| 03/03/11 | Prepare draft of Complaint | 1.80000 | 405.00 |
| 03/03/11 | Review Trust Agreements establishing H&W Fund, Pension Fund, Vacation Fund, Apprentice Training ... | 2.60000 | 585.00 |
| 03/04/11 | Conference Ed Coppinger, Jacqueline Coyle and wintness | 2.50000 | 562.50 |
| 03/21/11 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 03/22/11 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 03/24/11 | review file and order | 1.00000 | 225.00 |
| 04/04/11 | t/c E. Coppinger Re meeting | 0.10000 | 22.50 |
| 04/04/11 | t/c Matt Weisberg, Esquire | 0.20000 | 45.00 |
| 04/04/11 | Entry into inner office memo | 0.20000 | 45.00 |
| 04/04/11 | Entry into inner office memo | 0.20000 | 45.00 |
| 04/04/11 | Entry into inner office memo | 0.20000 | 45.00 |
| 04/04/11 | Correspondence from Matt Weisberg, Esquire | 0.30000 | 67.50 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 04/04/11 | t/c Matthew Weisberg, Esq. | 0.30000 | 67.50 |
| 04/04/11 | Correspondence Ed Coppinger | 0.30000 | 67.50 |
| 04/04/11 | t/c Ed Coppinger | 0.30000 | 67.50 |
| 04/04/11 | Correspondence Matthew B. Weisberg, Esquire | 0.33333 | 75.00 |
| 04/05/11 | Meet with E. Coppinger Re: RGB Meeting | 0.40000 | 90.00 |
| 04/05/11 | Update file and memo | 0.40000 | 90.00 |
| 04/18/11 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 04/18/11 | Conference with RGB Services and counsel | 2.50000 | 562.50 |
| 04/19/11 | Correspondence to Richard Romagnoli | 0.33333 | 75.00 |
| 04/19/11 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 05/20/11 | t/c Jeff Scapello, Esquire | 0.20000 | 45.00 |
| 05/20/11 | Entry into inner office memo | 0.30000 | 67.50 |
| 05/20/11 | Conference Ed Coppinger | 0.75000 | 168.75 |
| 06/13/11 | Prepare draft Complaint | 2.00000 | 450.00 |
| 06/15/11 | Complete draft Complaint | 1.75000 | 393.75 |
| 06/29/11 | | 3.45000 | 776.25 |
| 07/12/11 | Revise draft Complaint | 2.40000 | 540.00 |
| 07/15/11 | Revise draft Complaint after consultation with Ed Coppinger and Jeff Scarpello, Esq | 1.75000 | 393.75 |
| 07/22/11 | Draft Notice of Lawsuit, Request for Waiver of Summons and Waiver of Summons | 0.75000 | 168.75 |
| 07/22/11 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 07/22/11 | Correspondence to Michael Metikis | 0.33333 | 75.00 |
| 12/30/11 | Prepare Plaintiffs' Response In Opposition Defendants Motion to Consolidate and Dismiss | 3.10000 | 697.50 |
| 12/31/11 | t/c Detective Ed Trotter | 0.10000 | 22.50 |
| 12/31/11 | t/c Detective Ed Trotter | 0.20000 | 45.00 |
| 12/31/11 | ECF Plaintiffs' Response In Opposition Defendants Motion to Consolidate and Dismiss | 0.60000 | 135.00 |
| 12/31/11 | Finalize Plaintiffs' Response In Opposition Defendants Motion to Consolidate and Dismiss | 3.75000 | 843.75 |
| 12/31/11 | Correspondence to Matthew Weisberg, Esq | 0.33333 | 75.00 |
| 01/10/12 | Review court order | 0.20000 | 45.00 |
| 01/16/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 01/16/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 01/16/12 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 01/17/12 | Entry into inner office memo | 0.30000 | 67.50 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 01/17/12 | t/c from Ed Coppinger | 0.30000 | 67.50 |
| 01/17/12 | Update litigation report | 0.40000 | 90.00 |
| 01/17/12 | Oral argument before Judge Padova USDCEDPA | 2.60000 | 585.00 |
| 01/23/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 01/23/12 | Update Litigation Report | 0.30000 | 67.50 |
| 01/23/12 | Prepare Plaintiffs' Initial Dislosures | 2.40000 | 540.00 |
| 01/23/12 | Review defendants' Initial Disclosures | 0.70000 | 157.50 |
| 01/23/12 | Telephone conference with USDCEDPA Magistrate Judge Rice | 0.33333 | 75.00 |
| 01/23/12 | Correspondence to Matthew B. Weisberg, Esquire | 0.33333 | 75.00 |
| 01/23/12 | Correspondence Mr.  Ed Coppinger | 0.33333 | 75.00 |
| 01/24/12 | Revise draft of Plaintiffs' Initial Dislosures | 0.60000 | 135.00 |
| 01/25/12 | Review correspondence and grievance decision of the Labor Management Committee dated December 1... | 0.40000 | 90.00 |
| 01/28/12 | Review correspondence forwarded by Graham Baird, Esq | 0.30000 | 67.50 |
| 01/28/12 | Review Defendant's Initial | 0.40000 | 90.00 |
| 02/09/12 | Draft Notice of Deposition of Michael Metsikas | 0.30000 | 67.50 |
| 02/09/12 | Correspondence to Matthew Weisberg, Esq. | 0.33333 | 75.00 |
| 03/12/12 | t/c from Judge Padova chambers | 0.30000 | 67.50 |
| 03/12/12 | Correspondence Judge Padova | 0.33333 | 75.00 |
| 03/12/12 | Correspondence to Matt Weisberg Esq | 0.33333 | 75.00 |
| 03/15/12 | Inner office meeting with paralegals assigned to assist in prosecution | 0.60000 | 135.00 |
| 03/15/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 03/15/12 | Draft Notice of Deposition | 0.33333 | 75.00 |
| 03/16/12 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 03/16/12 | Inner office filing | 0.33333 | 75.00 |
| 03/16/12 | Correspondence Matthew B. Weisberg, Esquire | 0.33333 | 75.00 |
| 03/19/12 | Prepare for deposition of Michael Metsikas | 4.20000 | 945.00 |
| 03/20/12 | Correspondence to Matt Weisberg, Esq. | 0.33333 | 75.00 |
| 03/20/12 | Draft Notice of Deposition of Michael Metiskas | 0.33333 | 75.00 |
| 03/23/12 | Deposition of Michael Metsikas | 8.60000 | 1,935.00 |
| 04/10/12 | t/c Judge Padova chambers | 0.20000 | 45.00 |
| 04/10/12 | Telephone conference Magistrate Judge Rice | 0.30000 | 67.50 |
| 04/10/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 04/10/12 | Correspondence Ed Coppinger | 0.33333 | 75.00 |
| 04/13/12 | Review court order entered by Magistrate Judge Rice | 0.30000 | 67.50 |
| 04/13/12 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |

Billing RGB Total

RGB Services

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 04/13/12 | Correspondence to Jacquelyn Coyle | 0.33333 | 75.00 |
| 04/13/12 | Correspondence to Deb Gerber | 0.33333 | 75.00 |
| 04/13/12 | Correspondence to Edgar Soto | 0.33333 | 75.00 |
| 04/13/12 | Correspondence to Son Tuy | 0.33333 | 75.00 |
| 04/13/12 | Correspondence to Marco Rivera | 0.33333 | 75.00 |
| 04/27/12 | Correspondence to Matthew Weisberg, Esq | 0.30000 | 67.50 |
| 05/03/12 | Correspondence to Jacquelyn Coyle | 0.30000 | 67.50 |
| 05/03/12 | Correspondence to Ed Coppinger | 0.30000 | 67.50 |
| 05/03/12 | t/c Ed Coppinger | 0.30000 | 67.50 |
| 05/03/12 | Inner office memo to paralegals | 0.30000 | 67.50 |
| 05/03/12 | Correspondence to Matthew Weisberg, Esq | 0.33333 | 75.00 |
| 05/22/12 | Deposition prep Ed Coppinger and Jacqueline Coyle | 4.00000 | 900.00 |
| 05/25/12 | Deposition Ed Coppinger | 2.50000 | 562.50 |
| 05/25/12 | Deposition Jacqueline Coyle | 3.00000 | 675.00 |
| 05/25/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 06/04/12 | Copy and binding | 0.30000 | 67.50 |
| 06/04/12 | t/c Ed Coppinger | 0.30000 | 67.50 |
| 06/04/12 | Review report generated by defendant's experts Chad Staller and James Markham | 0.75000 | 168.75 |
| 06/04/12 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 06/04/12 | Correspondence to Jacqueline Coyle | 0.33333 | 75.00 |
| 06/04/12 | Review correspondence forwarded by Matt Weisberg, Esq | 0.33333 | 75.00 |
| 06/04/12 | E-mail Ed Coppinger along with attachments | 0.33333 | 75.00 |
| 06/05/12 | t/c Matt Weisberg, Esq. | 0.20000 | 45.00 |
| 06/05/12 | Conference call Magistrate Judge Rice | 0.30000 | 67.50 |
| 06/05/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 06/07/12 | t/c from Ed Coppinger | 0.30000 | 67.50 |
| 06/07/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 06/14/12 | Review correspondence forwarded by Chambers of Phil Restrepo | 0.40000 | 90.00 |
| 06/21/12 | t/c to Ed Coppiger | 0.20000 | 45.00 |
| 06/21/12 | t/c to Marco Rivera | 0.20000 | 45.00 |
| 06/21/12 | Entries into inner office meme | 0.20000 | 45.00 |
| 06/22/12 | Prepare inner office memo to paralegals | 0.30000 | 67.50 |
| 06/22/12 | Inner office meeting with paralegals | 0.40000 | 90.00 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 06/22/12 | Entry into inner office memo | 0.60000 | 135.00 |
| 06/22/12 | Conference Ed Coppinger and Marco Rivera | 4.00000 | 900.00 |
| 07/02/12 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 07/02/12 | Entry inner office memo | 0.20000 | 45.00 |
| 07/02/12 | Conference with  Ed Coppinger | 0.60000 | 135.00 |
| 07/05/12 | Draft Subpoena to Comworks | 0.33333 | 75.00 |
| 07/05/12 | Draft Subpoena to Video Visions | 0.33333 | 75.00 |
| 07/05/12 | Draft Subpoena to Playnetwork | 0.33333 | 75.00 |
| 07/05/12 | Draft Subpoena to LinkSource | 0.33333 | 75.00 |
| 07/05/12 | Draft Subpoena to Speed Wire | 0.33333 | 75.00 |
| 07/05/12 | Correspondence to Comworks | 0.33333 | 75.00 |
| 07/05/12 | Correspondence to Video Visions | 0.33333 | 75.00 |
| 07/05/12 | Correspondence to Playnetworks | 0.33333 | 75.00 |
| 07/05/12 | Correspondence to LinkSource | 0.33333 | 75.00 |
| 07/05/12 | Correspondence to Speed Wire | 0.33333 | 75.00 |
| 07/06/12 | Draft Subpoena to Spencer Technologies | 0.33333 | 75.00 |
| 07/06/12 | Draft Subpoena to Network Engineering Technologies | 0.33333 | 75.00 |
| 07/06/12 | Draft Subpoena to CrossCom National | 0.33333 | 75.00 |
| 07/06/12 | Draft Subpoena to Dave & Buster's | 0.33333 | 75.00 |
| 07/06/12 | Correspondence to Spencer Technologies | 0.33333 | 75.00 |
| 07/06/12 | Correspondence to Network Engineering Technologies | 0.33333 | 75.00 |
| 07/06/12 | Correspondence to CrossCom National | 0.33333 | 75.00 |
| 07/06/12 | Correspondence to Dave & Buster's | 0.33333 | 75.00 |
| 07/06/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 07/17/12 | t/c from the chambers of Magistrate Judge Rice | 0.20000 | 45.00 |
| 07/17/12 | Participated in telephone discovery conference convened by United States Magistrate Judge Rice | 0.30000 | 67.50 |
| 07/17/12 | Update Litigation Report | 0.40000 | 90.00 |
| 07/17/12 | Entries into inner office memo | 0.33333 | 75.00 |
| 07/17/12 | Review correspondence forwarded by opposing counsel Matt Weisberg, Esq. | 0.33333 | 75.00 |
| 07/17/12 | Review 2nd correspondence forwarded by opposing counsel Matt Weisberg, Esq. | 0.33333 | 75.00 |
| 07/23/12 | t/c Jill Valachovic - Dave & Busters | 0.20000 | 45.00 |
| 07/23/12 | Reivew Court Order | 0.30000 | 67.50 |
| 07/23/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 07/23/12 | Review correspondence and billing records forwarded by PlayNetwork, Inc. | 0.75000 | 168.75 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 07/23/12 | Review correspondence and billing records forwarded by Dave & Busters | 0.90000 | 202.50 |
| 07/23/12 | Prepare Settlement Conference Memo | 2.10000 | 472.50 |
| 07/23/12 | Participate in Settlement Confernce - US Magistrate Philip Restrepo | 2.60000 | 585.00 |
| 07/23/12 | Correspondence to Judge Restrepo | 0.33333 | 75.00 |
| 07/24/12 | Review Defendants' Motion for Summary Judgement | 1.10000 | 247.50 |
| 07/24/12 | Review docket entry of Magistrate Judge Phil Restrepo | 0.20000 | 45.00 |
| 07/24/12 | Conference Brian Burrows and Pat Bianculli, Esq | 1.20000 | 270.00 |
| 07/24/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 07/25/12 | t/c Jacqueline Coyle | 0.10000 | 22.50 |
| 07/25/12 | t/c Rich Romagnoli | 0.10000 | 22.50 |
| 07/25/12 | t/c Novak/Francella | 0.20000 | 45.00 |
| 07/25/12 | Review e-mail correspondence forwarded by Jacqueline Coyle | 0.20000 | 45.00 |
| 07/25/12 | Prepare draft of response in opposition to Defendants' Motion for Summary Judgement | 5.50000 | 1,237.50 |
| 07/25/12 | Review deposition testimony of Jacqueline Coyle | 0.70000 | 157.50 |
| 07/26/12 | Prepare draft of response in opposition to Defendants' Motion for Summary Judgement | 6.70000 | 1,507.50 |
| 07/27/12 | Prepare draft of response in opposition to Defendants' Motion for Summary Judgement | 4.20000 | 945.00 |
| 07/27/12 | Prepare draft of response in opposition to Defendants' Motion for Summary Judgement | 4.50000 | 1,012.50 |
| 07/31/12 | Amend Affidavit of Deb Gerber | 0.40000 | 90.00 |
| 08/01/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 08/01/12 | t/c from Ed Coppinger | 0.30000 | 67.50 |
| 08/01/12 | Conference Ed Coppinger | 1.20000 | 270.00 |
| 08/01/12 | Entry into inner office memo | 0.33333 | 75.00 |
| 08/01/12 | Correspondence to Judge Rice | 0.33333 | 75.00 |
| 08/01/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 08/07/12 | t/c Jacquelyn Coyle | 0.30000 | 67.50 |
| 08/08/12 | t/c Pat Bianculli, Esq. | 0.20000 | 45.00 |
| 08/08/12 | t/c Brian Burrows | 0.20000 | 45.00 |
| 08/08/12 | Review Court Order | 0.40000 | 90.00 |
| 08/08/12 | Correspondence to PlayNetwork | 0.33333 | 75.00 |
| 08/16/12 | t/c from Sue Soover of Play Network | 0.10000 | 22.50 |
| 08/16/12 | t/c Sue Soover of Play Network | 0.20000 | 45.00 |
| 08/16/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 08/17/12 | Entry into inner office memo | 0.20000 | 45.00 |
| 08/17/12 | t/c Sue Hoover of Play Network | 0.30000 | 67.50 |
| 08/21/12 | t/c from Magistrate Judge Timothy Rice's chambers | 0.30000 | 67.50 |

| Date | Memo | Hours | Amount |
|---|---|---|---|
| 08/21/12 | Entry into inner office memo | 0.30000 | 67.50 |
| 09/04/12 | Review correspondence form Jacqueline Coyle | 0.30000 | 67.50 |
| 09/04/12 | Review business records produced by Play Network in response to subpoena | 0.75000 | 168.75 |
| 09/04/12 | Review business records produced by CrossCom in response to subpoena | 1.20000 | 270.00 |
| 09/04/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 09/04/12 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 09/17/12 | Prepare draft of Pre-Trial Memorandum | 0.75000 | 168.75 |
| 09/18/12 | Finalize Pre-Trial Memorandum | 2.40000 | 540.00 |
| 09/18/12 | Correspondence to Matt Weisberg, Esquire | 0.33333 | 75.00 |
| 09/18/12 | Inner office filing | 0.33333 | 75.00 |
| 09/20/12 | t/c Jacqueline Coyle | 0.30000 | 67.50 |
| 09/21/12 | Review Notice of Deposition | 0.30000 | 67.50 |
| 09/21/12 | t/c Jacqueline Coyle | 0.30000 | 67.50 |
| 09/21/12 | Review Notice of Trial Deposition | 0.30000 | 67.50 |
| 09/21/12 | Correspondence from Matt Weisberg, Esquire | 0.33333 | 75.00 |
| 09/24/12 | Review correspondence forwarded by Matt WEisber, Esquire | 0.20000 | 45.00 |
| 09/24/12 | t/c Ed Coppinger | 0.20000 | 45.00 |
| 09/24/12 | Review Notice of Video Tape Trial Deposition | 0.30000 | 67.50 |
| 09/24/12 | Draft Subpoenas to appear for trial - Brian Burrows, Ed Coppinger, Debra Gerber, Jacquelyn Coyle... | 0.75000 | 168.75 |
| 09/24/12 | Prepare Proposed Stipulation of Undisputed Facts | 4.20000 | 945.00 |
| 09/24/12 | Correspondence to Brian Burrows | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Debra Gerber | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Jacquelyn Coyle | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Rich Romagnoli | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Edgar Soto | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Son Tuy | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Marco Rivera | 0.33333 | 75.00 |
| 09/24/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 09/24/12 | Review correspondence forwarded by Mat Weisberg, Esq | 0.33333 | 75.00 |
| 09/25/12 | t/c Jacqueline Coyle | 0.30000 | 67.50 |
| 09/25/12 | t/c Matthew B. Weisberg, Esq. | 0.30000 | 67.50 |
| 09/25/12 | Entry into inner office memo | 0.33333 | 75.00 |
| 09/25/12 | Correspondence Matthew B. Weisberg, Esq. | 0.33333 | 75.00 |

| Date | Memo | Hours | Amount |
|---|---|---|---|
| 09/26/12 | Review correspondence forwarded by Matt Weisberg, Esq. | 0.20000 | 45.00 |
| 09/26/12 | Correspondence to Matt Weisberg | 0.20000 | 45.00 |
| 09/26/12 | t/c Matt Weisberg, Esq. | 0.20000 | 45.00 |
| 09/26/12 | Entry into inner office memo | 0.20000 | 45.00 |
| 09/26/12 | Correspondence to Jacqueline Coyle | 0.20000 | 45.00 |
| 09/26/12 | Review correspondence forwarded by Jacqueline Coyle | 0.40000 | 90.00 |
| 09/26/12 | Prepare cross examination of James Markham | 3.40000 | 765.00 |
| 09/26/12 | Revise Proposed Stipulation of Undisputed Facts | 0.60000 | 135.00 |
| 09/27/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 09/27/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 09/27/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 09/27/12 | Entry into inner office memo | 0.20000 | 45.00 |
| 09/27/12 | t/c Ed Coppinger | 0.30000 | 67.50 |
| 09/27/12 | t/c Jacqueline Coyle | 0.30000 | 67.50 |
| 09/27/12 | Review supplemental reports generated by Jacqueilne Coyle | 0.75000 | 168.75 |
| 09/27/12 | Prepare Trial Binders | 1.20000 | 270.00 |
| 09/27/12 | Prepare w/n for trial: Marco Rivera; Edgar Soto; Song Tuy | 2.60000 | 585.00 |
| 09/27/12 | Trial depositon  James Markham, Ph.d. | 4.20000 | 945.00 |
| 09/28/12 | t/c Magistrate Judge Rice Chambers | 0.20000 | 45.00 |
| 09/28/12 | Entry into inner office memo | 0.20000 | 45.00 |
| 09/28/12 | Review correspondence forwarded by Matt Weisberg, Esq. regard stipulation of undisputed facts | 0.20000 | 45.00 |
| 09/28/12 | t/c United States Magistrate Judge Timothy R. Rice's chambers | 0.20000 | 45.00 |
| 09/28/12 | t/c Jacqueline Coyle | 0.20000 | 45.00 |
| 09/28/12 | t/c Marco Rivera | 0.20000 | 45.00 |
| 09/28/12 | t/c Edgar Soto | 0.20000 | 45.00 |
| 09/28/12 | t/c Song Tuy | 0.20000 | 45.00 |
| 09/28/12 | Correspondence Matt Weisberg, Esq. and revisd stipulation of undipsuted facts | 0.30000 | 67.50 |
| 09/28/12 | t/c Ed Coppinger | 0.30000 | 67.50 |
| 09/28/12 | Revise Stipulation of Undisputed Facts | 0.60000 | 135.00 |
| 09/28/12 | Review revised expert report generated by Jaqueline Coyle and attachmments | 1.20000 | 270.00 |
| 09/28/12 | Entries into inner office memo | 0.70000 | 157.50 |
| 09/28/12 | Review correspondence forwarded by Matt Weisberg, Esq. | 0.33333 | 75.00 |
| 09/30/12 | Pepared Trial Binder | 0.40000 | 90.00 |
| 09/30/12 | Trial Preparation: prepare presentation of evidence; direct examinations and cross examination o... | 9.20000 | 2,070.00 |

| Date | Memo | Hours | Amount |
|---|---|---|---|
| 10/01/12 | t/c United States Magistrate Judge  Timothy R. Rice's chambers | 0.20000 | 45.00 |
| 10/01/12 | t/c Jacqueline Coyle | 0.20000 | 45.00 |
| 10/01/12 | t/c Edgar Soto | 0.20000 | 45.00 |
| 10/01/12 | t/c Song Tuy | 0.20000 | 45.00 |
| 10/01/12 | t/c Marco Rivera | 0.20000 | 45.00 |
| 10/01/12 | t/c Ed Coppinger | 0.30000 | 67.50 |
| 10/01/12 | t/c from Matt Weisberg, Esq | 0.30000 | 67.50 |
| 10/01/12 | Completed and revised Trial Binder | 0.60000 | 135.00 |
| 10/01/12 | Copy and bind trial exhibits | 0.90000 | 202.50 |
| 10/01/12 | Prepard excel spreadsheet  - monies paid regarding PCB, Inc. | 1.20000 | 270.00 |
| 10/01/12 | Entries into inner office memo | 0.70000 | 157.50 |
| 10/02/12 | t/c Ed Coppinger | 0.10000 | 22.50 |
| 10/02/12 | Entry into inner office memo | 0.20000 | 45.00 |
| 10/02/12 | Particpate in telephone conference with Magistrate Judge Rice | 0.30000 | 67.50 |
| 10/02/12 | Entry into inner office memo | 0.40000 | 90.00 |
| 10/02/12 | Inner office memorandum to trial team | 0.40000 | 90.00 |
| 10/02/12 | Conference with trial team | 0.60000 | 135.00 |
| 10/02/12 | Draft Subpoenas to appear for trial - Ed Coppinger, Jacquelyn Coyle, Edgar Soto, Son Tuy, Marco ... | 0.75000 | 168.75 |
| 10/02/12 | t/c from Mr. Ed Coppinger | 0.33333 | 75.00 |
| 10/02/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 10/02/12 | Correspondence to Ed Coppinger | 0.33333 | 75.00 |
| 10/02/12 | Correspondence to Edgar Soto | 0.33333 | 75.00 |
| 10/02/12 | Correspondence to Son Tuy | 0.33333 | 75.00 |
| 10/02/12 | Correspondence to Marco Rivera | 0.33333 | 75.00 |
| 10/02/12 | Correspondence to Jacquelyn Coyle | 0.33333 | 75.00 |
| 10/08/12 | Review correspondence forwarded by Matt Weissberg, esquire dated October 2, 2012 | 0.30000 | 67.50 |
| 01/25/13 | Confernce - Ed Coppinger;Jaquelyne Coyle; Marco Rivera - trial preparation | 3.00000 | 675.00 |
| 01/27/13 | Trial preparation | 6.50000 | 1,462.50 |
| 01/28/13 | Preparation for trial – prior to appearing in court | 4.00000 | 900.00 |
| 01/28/13 | Trial - District Judge Magistrate Timothy Rice | 8.00000 | 1,800.00 |
| 01/29/13 | Preparation for trial - after return from court | 6.50000 | 1,462.50 |
| 01/29/13 | Trial - District Judge Magistrate Timothy Rice | 8.00000 | 1,800.00 |
| 01/29/13 | Preparation for trial – prior to appearing in court | 2.50000 | 562.50 |
| 01/30/13 | Trial - District Magistrate Judge Timothy Rice | 9.00000 | 2,025.00 |
| 02/01/13 | Correspondence to Judge Rice | 0.33333 | 75.00 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 02/01/13 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 02/25/13 | Prepare fax sheet | 0.20000 | 45.00 |
| 02/25/13 | t/c the chambers of the Honorable Magistrate Judge Timothy R. Rice | 0.20000 | 45.00 |
| 02/25/13 | Correspodence to the Honorable Magistrate Judge Timothy R. Rice | 0.60000 | 135.00 |
| 02/25/13 | Correspodence to Matt Weisburg, Esq | 0.33333 | 75.00 |
| 03/07/13 | Correspondence to The Honorable Magistrate Judge Timothy R. Rice | 0.33363 | 75.00 |
| 03/07/13 | t/c (c) Jacquelyn Coyle | 0.10000 | 22.50 |
| 03/07/13 | Entry into inner office memo | 0.10000 | 22.50 |
| 03/07/13 | t/c Novak/Francella - Jacquelyn Coyle | 0.20000 | 45.00 |
| 03/07/13 | Entry into inner office memo | 0.20000 | 45.00 |
| 03/07/13 | Review correspondence forwarded by Jacquelyn Coyle | 0.20000 | 45.00 |
| 03/07/13 | Review court order entered February 27, 2013 | 0.20000 | 45.00 |
| 03/07/13 | t/c from Jacquelyn Coyle | 0.20000 | 45.00 |
| 03/07/13 | Entry into inner office memo | 0.20000 | 45.00 |
| 03/07/13 | t/c Rich Romannelli | 0.30000 | 67.50 |
| 03/07/13 | Review Revised Payroll Compliance Review Reports submitted by Jacquelyn Coyle | 0.75000 | 168.75 |
| 03/07/13 | Correspondence to Jacquelyn Coyle | 0.33333 | 75.00 |
| 03/07/13 | Correspondene to Matthew B. Weisberg, Esquire | 0.33333 | 75.00 |
| 03/09/13 | Correspondence to The Honorable Magistrate Judge Timothy R. Rice | 0.33333 | 75.00 |
| 03/09/13 | Correspondene to Matthew B. Weisberg, Esquire | 0.33333 | 75.00 |
| 03/22/13 | Review correspondence and proposed court order forwarded by Matt Weisberg, Esq | 0.33333 | 75.00 |
| 03/27/13 | t/c Matt Weisberg, Esquire | 0.30000 | 67.50 |
| 03/27/13 | Entry into inner office memo | 0.30000 | 67.50 |
| 03/27/13 | Participated in telepnone conference  convened by Magistrate Judge Rice | 0.40000 | 90.00 |
| 03/28/13 | Review minute entry regarding proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE Telephone... | 0.20000 | 45.00 |
| 04/09/13 | Corresp to Judge Rice | 0.33333 | 75.00 |
| 04/09/13 | Corresp to Matthew Weisberg, Esquire | 0.33333 | 75.00 |
| 04/16/13 | Prepare draft of Findings of Fact and Conclusions of Law | 4.40000 | 990.00 |
| 04/17/13 | Prepare draft of Findings of Fact and Conclusions of Law | 7.20000 | 1,620.00 |
| 04/18/13 | Review e-mail forwardede by Jacquelyne Coyle, CPA | 0.20000 | 45.00 |
| 04/18/13 | E-mail to Jacquelyne Coyle, CPA | 0.20000 | 45.00 |
| 04/18/13 | t/c Jacquelyne Coyle, CPA | 0.20000 | 45.00 |
| 04/18/13 | t/c Jacquelyne Coyle, CPA | 0.20000 | 45.00 |
| 04/18/13 | Entry into inner office memo | 0.20000 | 45.00 |
| 04/18/13 | t/c Jacquelyne Coyle, CPA | 0.30000 | 67.50 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 04/18/13 | Review Payroll Compliance Review - Combines Summary revised 4-18-13 | 0.30000 | 67.50 |
| 04/18/13 | Review Payroll Compliance Review - Combines Summary revisions 4-18-13 | 0.30000 | 67.50 |
| 04/18/13 | Prepare Declaration of Counsel | 0.40000 | 90.00 |
| 04/18/13 | Finalize Findings of Fact and Conclusions of Law | 4.00000 | 900.00 |
| 04/18/13 | Prepare Post-Trial Memorandum of in support of the Causes of Action Set Forth in the Complaiint | 6.50000 | 1,462.50 |
| 04/19/13 | Prepare Post-trial Memorandm of in Support of the Causes of Action Set Forth in the Complaint | 5.20000 | 1,170.00 |
| 04/22/13 | Prepare Findings of Fact and Conclusiions of Law and Memorandum of Law | 5.40000 | 1,215.00 |
| 04/22/13 | Draft correspondence to Judge Rice | 0.33333 | 75.00 |
| 04/22/13 | Draft correspondence to Matthew B. Weisberg. Esquire | 0.33333 | 75.00 |
| 04/22/13 | Draft correspondence to Ed Coppinger, Local Union No. 98 Business Agent | 0.33333 | 75.00 |
| | | 322.61661 | 72,588.75 |
| | | | |
| 05/27/11 | Conference Ed Coppinger and Marcos Rivera -  review of checks issued by RGB Services | 4.50000 | 1,237.50 |
| 03/12/12 | t/c Matt Weisberg Esq | 0.20000 | 55.00 |
| 03/16/12 | t/c from Ted Tsiouris | 0.30000 | 82.50 |
| 04/02/12 | Review court order | 0.30000 | 82.50 |
| 07/06/12 | Prepare addendum to subpoenas | 0.40000 | 110.00 |
| 07/24/12 | Prepare draft of response in opposition to Defendants' Motion for Summary Judgement | 4.40000 | 1,210.00 |
| 08/07/12 | Correspondence to Matthew Weisberg, Esquire | 0.33333 | 91.67 |
| | | 10.43 | 2,869.17 |

|  |  |  |
|------|------|------|
| **Attorney Hours (322.61661*225.00)** | | **72,588.75** |
| **Attorney Hours (10.43*275.00)** | | **2,869.17** |
| | | **75,457.92** |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 03/11/10 | Inner office filing | 0.33333 | 28.33 |
| 06/15/10 | Inner office filing | 0.33333 | 28.33 |
| 06/15/10 | Copy aind binding demand package | 0.75000 | 63.75 |
| 07/15/10 | Inner office filing | 0.33333 | 28.33 |
| 07/15/10 | Copy and bind Complaint | 0.50000 | 42.50 |
| 07/15/10 | File Complaint US District Court | 0.50000 | 42.50 |
| 08/23/10 | Inner office filing | 0.30000 | 25.50 |
| 08/23/10 | Electronically file executed Summons for service of Complaint upon RBG Services, LLC, Michael Me... | 0.50000 | 42.50 |
| 09/03/10 | Inner office filing | 0.33333 | 28.33 |
| 02/17/11 | Inner office filing | 0.33333 | 28.33 |
| 02/28/11 | Inner office filing | 0.33333 | 28.33 |
| 02/28/11 | Copy and binding | 0.30000 | 25.50 |
| 03/15/11 | Entry inner office memo | 0.20000 | 17.00 |
| 03/15/11 | t/c to Robert P. Cocco, Esquire | 0.30000 | 25.50 |
| 03/21/11 | Entry inner office memo | 0.33333 | 28.33 |
| 03/21/11 | Email sent to Matt Weisberg, Esquire | 0.33333 | 28.33 |
| 03/21/11 | Inner office filing | 0.33333 | 28.33 |
| 03/21/11 | t/c to Robert Cocco, Esquire | 0.20000 | 17.00 |
| 03/22/11 | t/c to Jacqueline Coyle | 0.20000 | 17.00 |
| 03/22/11 | t/c to Matt Weisberg, Esquire | 0.20000 | 17.00 |
| 03/22/11 | Entry inner office memo | 0.20000 | 17.00 |
| 03/29/11 | t/c to Matt Weisberg, Esquire | 0.20000 | 17.00 |
| 03/29/11 | Entry inner office memo | 0.20000 | 17.00 |
| 03/31/11 | Entry inner office memo | 0.33333 | 28.33 |
| 03/31/11 | t/c to Matt Weisberg, Esquire | 0.33333 | 28.33 |
| 03/31/11 | Email Matt Weisberg, Esquire | 0.33333 | 28.33 |
| 03/31/11 | t/c Ed Coppinger | 0.30000 | 25.50 |
| 04/04/11 | Inner office filing | 0.33333 | 28.33 |
| 04/04/11 | Inner office filing | 0.33333 | 28.33 |
| 04/19/11 | Inner office filing | 0.33333 | 28.33 |
| 07/19/11 | Inner office filing | 0.30000 | 25.50 |
| 07/19/11 | Copy & Bind Complaint | 0.50000 | 42.50 |
| 07/19/11 | File Complaint with Clerk of Courts | 0.50000 | 42.50 |
| 07/22/11 | Inner office filing | 0.33333 | 28.33 |
| 12/31/11 | Inner office filing | 0.33333 | 28.33 |

**Billing RGB Total**

**RGB Services**

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 12/31/11 | Copy and binding | 0.50000 | 42.50 |
| 01/10/12 | Inner office filing | 0.33333 | 28.33 |
| 01/23/12 | Inner office filing | 0.33333 | 28.33 |
| 01/23/12 | Copy and binding | 0.20000 | 17.00 |
| 01/28/12 | Inner office filing | 0.33333 | 28.33 |
| 02/07/12 | Entry inner office memo | 0.10000 | 8.50 |
| 02/07/12 | t/c to Matthew Weisberg, Esq. | 0.20000 | 17.00 |
| 02/09/12 | Inner office filing | 0.33333 | 28.33 |
| 02/09/12 | Entry inner office memo | 0.10000 | 8.50 |
| 02/09/12 | t/c to Matthew Weisberg, Esq. | 0.20000 | 17.00 |
| 02/09/12 | t/c to Sexton Court Reporting | 0.20000 | 17.00 |
| 03/15/12 | Inner office filing | 0.33333 | 28.33 |
| 03/15/12 | Entry inner office memo | 0.20000 | 17.00 |
| 03/15/12 | t/c to Matthew Weisberg, Esquire | 0.30000 | 25.50 |
| 03/16/12 | Inner office filing | 0.33333 | 28.33 |
| 03/20/12 | t/c from Heather, Matt Weisberg, Esq office | 0.20000 | 17.00 |
| 03/20/12 | Inner office filing | 0.30000 | 25.50 |
| 03/20/12 | Entry inner office memo | 0.30000 | 25.50 |
| 04/02/12 | Inner office filing | 0.33333 | 28.33 |
| 04/10/12 | Inner office memo | 0.33333 | 28.33 |
| 04/13/12 | Inner office filing | 0.60000 | 51.00 |
| 04/27/12 | t/c to Matthew Weisberg, Esq | 0.20000 | 17.00 |
| 04/27/12 | Inner office filing | 0.30000 | 25.50 |
| 04/27/12 | Entry inner office memo | 0.30000 | 25.50 |
| 05/02/12 | t/c Matthew Weisberg, Esq | 0.20000 | 17.00 |
| 05/02/12 | Entry inner office memo | 0.20000 | 17.00 |
| 05/03/12 | Inner office filing | 0.33333 | 28.33 |
| 05/03/12 | t/c Matthew Weisberg, Esq | 0.20000 | 17.00 |
| 05/03/12 | Entry inner office memo | 0.20000 | 17.00 |
| 05/03/12 | t/c Ed Coppinger | 0.20000 | 17.00 |
| 05/03/12 | t/c Jacquelyn Coyle | 0.20000 | 17.00 |
| 05/22/12 | Inner office filing | 0.33333 | 28.33 |
| 05/22/12 | Bates stamp discovery and update index | 0.50000 | 42.50 |
| 05/22/12 | Copy RGB work orders and invoices | 2.00000 | 170.00 |
| 05/24/12 | Copy discovery to provided to opposing counsel | 0.50000 | 42.50 |
| 05/25/12 | Inner office filing | 0.20000 | 17.00 |

Billing RGB Total

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 06/04/12 | Inner office filing | 0.33333 | 28.33 |
| 06/04/12 | Scan and file defendant's expert report | 0.30000 | 25.50 |
| 07/02/12 | Meeting with Ed Coppinger | 1.00000 | 85.00 |
| 07/05/12 | Inner office filing | 0.30000 | 25.50 |
| 07/05/12 | Copy & Bind Subpoenas | 0.40000 | 34.00 |
| 07/06/12 | Inner office filing | 0.30000 | 25.50 |
| 07/06/12 | Copy & Bind Subpoenas | 0.40000 | 34.00 |
| 07/09/12 | Entry inner office memo | 0.20000 | 17.00 |
| 07/09/12 | t/c from Bob Loftus of LinkSource to discuss Subpoena | 0.30000 | 25.50 |
| 07/17/12 | Inner office filing | 0.33333 | 28.33 |
| 07/17/12 | Inner office filing | 0.33333 | 28.33 |
| 07/20/12 | Entry inner office memo | 0.20000 | 17.00 |
| 07/20/12 | t/c Ed Coppinger | 0.40000 | 34.00 |
| 07/24/12 | Inner office filing | 0.20000 | 17.00 |
| 07/24/12 | t/c Marco Rivera | 0.30000 | 25.50 |
| 07/24/12 | Prepare inner office memo | 0.40000 | 34.00 |
| 07/24/12 | Inner office filing | 0.60000 | 51.00 |
| 07/24/12 | Conform discovery binder and Bates stamp | 1.60000 | 136.00 |
| 07/30/12 | Copy and bind Plaintiffs' Response to Defendants' Motion for Summary Judgment | 0.50000 | 42.50 |
| 07/31/12 | t/c Marco Rivera | 0.33333 | 28.33 |
| 07/31/12 | Entry inner office memo | 0.33333 | 28.33 |
| 07/31/12 | Collect signed affidavit of Ed Coppinger | 0.33333 | 28.33 |
| 07/31/12 | t/c Deb Gerber | 0.20000 | 17.00 |
| 07/31/12 | t/c Ed Coppinger | 0.20000 | 17.00 |
| 07/31/12 | t/c Jeff Scarpello, Esquire | 0.20000 | 17.00 |
| 07/31/12 | Copy and bind Exhibits attached to Plaintiffs' Response to Defendants' Motion for Summary Judgment | 1.00000 | 85.00 |
| 08/01/12 | Entry inner office memo | 0.33333 | 28.33 |
| 08/01/12 | Collect signed affidavit of Jeff Scarpello, Esquire | 0.33333 | 28.33 |
| 08/01/12 | Conference with Marco Rivera | 0.40000 | 34.00 |
| 08/01/12 | Electronically file Plaintiffs' Response to Defendants' Motion for Summary Judgment and Appendix... | 0.50000 | 42.50 |
| 08/01/12 | Inner office filing | 0.50000 | 42.50 |
| 08/01/12 | Hand Deliver Plaintiffs' Response to Defendants' Motion for Summary Judgment and Exhibits to Jud... | 0.50000 | 42.50 |
| 08/07/12 | Update Discovery Index | 0.33333 | 28.33 |
| 08/07/12 | Inner office filing | 0.50000 | 42.50 |

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 08/07/12 | Scan and bates stamp documents received from Spencer Technologies | 3.00000 | 255.00 |
| 08/08/12 | Inner office filing | 0.33333 | 28.33 |
| 08/08/12 | Inner office filing | 0.20000 | 17.00 |
| 09/04/12 | Inner office filing | 0.33333 | 28.33 |
| 09/04/12 | Update Discovery Index | 0.20000 | 17.00 |
| 09/04/12 | Scan and bates stamp records received from Playnetwork | 2.00000 | 170.00 |
| 09/21/12 | Inner office filing | 0.33333 | 28.33 |
| 09/21/12 | Inner office fiiling | 0.33333 | 28.33 |
| 09/24/12 | Inner office filing | 0.33333 | 28.33 |
| 09/24/12 | t/c from Ed Coppinger | 0.20000 | 17.00 |
| 09/24/12 | Entry inner office memo | 0.30000 | 25.50 |
| 09/24/12 | t/c Marco Rivera | 0.30000 | 25.50 |
| 09/24/12 | Inner office filing | 0.40000 | 34.00 |
| 09/24/12 | Copy and bind Supoenas | 0.50000 | 42.50 |
| 09/28/12 | Inner office filing | 0.60000 | 51.00 |
| 10/02/12 | Inner office filing | 0.33333 | 28.33 |
| 10/02/12 | Copy and bind Subpoenas to appear for trial - Ed Coppinger, Jacquelyn Coyle, Edgar Soto, Son Tuy... | 0.33333 | 28.33 |
| 10/08/12 | Inner office filing | 0.33333 | 28.33 |
| 01/28/13 | Preparation for trial - prior to appearing in court | 2.00000 | 170.00 |
| 01/28/13 | Trial - District Magistrate Judge Timothy Rice | 8.00000 | 680.00 |
| 01/29/13 | Preparation for trial - prior to appearing in court | 2.00000 | 170.00 |
| 01/30/13 | Trial - District Magistrate Judge Timothy Rice | 9.00000 | 765.00 |
| 02/01/13 | Inner office filing | 0.33333 | 28.33 |
| 02/01/13 | Copy and mark exhibits received from Jacquelyn Coyle | 0.43333 | 36.83 |
| 02/22/13 | t/c David Hayes, Court electronic recording/transcript | 0.33333 | 28.33 |
| 02/22/13 | Entry inner office memo | 0.33333 | 28.33 |
| 02/22/13 | t/c Matthew Weisberg, Esquire | 0.20000 | 17.00 |
| 03/07/13 | Inner office filing | 0.33333 | 28.33 |
| 03/09/13 | Copy and binding | 0.20000 | 170.00 |
| 03/09/13 | Inner office filing | 0.33333 | 28.33 |
| 03/22/13 | Inner office filing | 0.33333 | 28.33 |
| 04/05/13 | Email trial transcripts to Judge Rice | 0.33333 | 28.33 |
| 04/05/13 | Entry inner office memo | 0.20000 | 17.00 |
| 04/05/13 | t/c Judge Rice chambers | 0.30000 | 25.50 |

**RGB Services**

| Date | Memo | Hours | Amount |
|------|------|-------|--------|
| 04/08/13 | Bind trial transcripts | 0.50000 | 42.50 |
| 04/09/13 | Inner office filing | 0.33333 | 28.33 |
| 04/09/13 | Hand Deliver trial transcripts to Judge Rice | 0.75000 | 63.75 |
| 04/22/13 | Inner office filing | 0.33333 | 28.33 |
| | | 75.10 | 6,536.32 |

| | |
|---|---|
| **Paralegal Hours (75.10*85.00)** | 6,536.32 |

| Date | Memo | Amount |
|------|------|--------|
| 07/15/10 | Complaint | 350.00 |
| 07/31/10 | Copies | 90.30 |
| 08/20/10 | Complaint of Civil Action - Ed Trotter | 65.00 |
| 05/31/11 | Prepare draft | 81.93 |
| 07/27/11 | Postage | 10.25 |
| 10/31/11 | IBEW - RGB Services | 630.30 |
| 03/12/12 | Copies-Correspondence | 2.10 |
| 03/19/12 | Copies-Discovery | 92.05 |
| 04/12/12 | Copies - Correspondence | 9.10 |
| 05/01/12 | Transcripts - RGB (Petsikas) | 1,128.40 |
| 05/22/12 | Copies - Discovery | 207.55 |
| 05/24/12 | Copies - Discovery | 217.00 |
| 05/25/12 | Copies - | 27.30 |
| 06/21/12 | Transcripts - RGB Services | 526.30 |
| 06/26/12 | Transcript - RGB Services | 526.30 |
| 06/30/12 | Postage | 1.30 |
| 06/30/12 | Copies | 6.65 |
| 07/06/12 | Copy - Subpoenas | 29.40 |
| 07/23/12 | Copies - Submission | 7.70 |
| 07/24/12 | Copies - Discovery | 32.20 |
| 07/26/12 | Filings/mailings, etc | 51.75 |
| 07/31/12 | Postage | 2.70 |
| 07/31/12 | Postage | 0.45 |
| 08/01/12 | Copies | 790.50 |
| 08/08/12 | Staples Copies | 201.97 |
| 08/08/12 | Copies - Subpoena Records | 840.50 |
| 08/27/12 | Filings/mailings, etc | 11.00 |
| 09/04/12 | Copies  - Playnetwork | 314.00 |
| 09/04/12 | Postage | 1.30 |
| 09/18/12 | Copies - Pre-trial Memo | 54.00 |
| 09/19/12 | Postage | 4.20 |
| 09/24/12 | Copies - Correspondence & Subpoenas | 18.00 |
| 09/25/12 | Postage | 4.05 |
| 09/27/12 | Copies - Trial Exhibits | 170.00 |
| 09/28/12 | Copies - Export Reports | 21.00 |
| 09/29/12 | Copies - Exhibits | 27.00 |

| Date | Memo | Amount |
|------|------|--------|
| 10/01/12 | Copies - Trial Exhibits | 548.50 |
| 10/02/12 | Copies - Correspondence&Subpoenas | 6.00 |
| 10/30/12 | Postage | 1.90 |
| 10/30/12 | Postage | 2.70 |
| 11/01/12 | Transcripts - RGB Services | 650.16 |
| 01/27/13 | Copies - Exhibits | 291.00 |
| 01/27/13 | Copies - Examinations | 35.50 |
| 01/28/13 | Copies - Exhibits | 238.00 |
| 01/28/13 | Copies - Examinations | 48.00 |
| 01/30/13 | Copies - Exhibits | 839.00 |
| 02/01/13 | Correspondence to M. Weissberg, Esquire | 1.62 |
| 02/01/13 | Correspondence to M. Weissberg, Esquire | 2.12 |
| 02/01/13 | Trial Exhibits | 71.00 |
| 02/25/13 | Correspondence to J Rice | 0.46 |
| 02/26/13 | Correspondence to M Weisberg | 0.46 |
| 02/26/13 | Postage | 17.00 |
| 02/26/13 | Postage | 17.00 |
| 02/26/13 | Transcript - RGB Services | 1,445.50 |
| 02/26/13 | Starbucks | 107.76 |
| 03/06/13 | Copies | 7.00 |
| 03/06/13 | Copies | 13.00 |
| 03/07/13 | Postage | 0.46 |
| 03/09/13 | Copies | 17.00 |
| 03/11/13 | Postage | 0.66 |
| 03/11/13 | Postage | 0.66 |
| 04/08/13 | Binder Costs | 58.26 |
| 04/08/13 | Copying Costs | 166.04 |
| 04/08/13 | Transcript - RGB Services | 51.62 |
| 04/09/13 | Postage | 0.46 |
| | Costs | 11,192.39 |