**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| RGB SERVICES, LLC, et al., | : | No. 11-4579 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of May, 2013, **IT IS ORDERED** Defendants' request for an extension of time to file Proposed Findings of Fact and Conclusions of Law (doc. 63) is **GRANTED**.  Defendants shall submit their Proposed Findings of Fact and Conclusions of Law by May 20, 2013.

BY THE COURT:

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE