IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| RGB SERVICES, LLC et al., | : | No. 11-4579 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of May, 2013, **IT IS ORDERED** that Plaintiffs file the worksheet that forms the basis for Plaintiffs' Exhibit 21, similar to that provided in Exhibit 17.

BY THE COURT:

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE