IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| RGB SERVICES, LLC et al., | : | No. 11-4579 |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of June, 2013, after a bench trial held on January 28, 29, 30, 2013, and upon consideration of the parties' proposed findings of fact and conclusions of law, it is hereby **ORDERED** that judgment is entered in favor of the Plaintiffs and against the Defendants.

It is further **ORDERED** that Plaintiffs shall submit an amended payroll review compliance summary reduced consistent with the factual findings, see ¶¶ 18, 19, n.7, with the updated amounts Defendants owe in contributions, interest, and liquidated damages within seven (7) days from the date of this Order. At that time, a specific judgment amount will be entered.

Defendants shall file specific objections to the Plaintiffs' attorneys' fee petition (doc. 60) within fourteen (14) days from the date of this Order.

BY THE COURT:

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE