IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| RGB SERVICES, LLC et al., | : | No. 11-4579 |
| Defendants. | : | |

## ORDER

AND NOW, on June 20, 2013, after reviewing the payroll compliance report dated June 17, 2013 (doc. 70), Plaintiffs are **ORDERED** to:

(1) remove: (a) Nick Latsios from the list of names for whom delinquent contributions are due; and (b) the contributions due based on the "Non-Union Company Subcontractors" section. There was no evidence presented that Nick Latsios performed covered teledata work or that Defendants subcontracted its employees to the named subcontractors to perform covered teledata work;

(2) confirm whether "John Assman" should be listed as "John Aspen," and if he is not, remove "John Assman" from the list. There was evidence John Aspen performed covered teledata work; and

(3) file a revised report reflecting the new total amounts Defendants owe within seven (7) days of this Order.

BY THE COURT:

_/s/ Timothy R. Rice_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE