IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| RGB SERVICES, LLC et al., | : | No. 11-4579 |
| Defendants. | : | |

**ORDER**

AND NOW, on July 2, 2013, Defendants' Motion for Reconsideration and Stay, or Alternatively, Enlargement (doc. 77) is DENIED. Final judgment with the specific award was entered on June 27, 2013. See Final Judgment Order (doc. 76).

BY THE COURT:

 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE