# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOCAL UNION NO. 98 et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| RGB SERVICES, LLC et al., | : | No. 11-4579 |
| Defendants. | : | |

## ORDER

AND NOW, on August 21, 2013, upon consideration of Plaintiffs' Petition For Attorney's Fees and Litigation Costs Pursuant to 29 U.S.C.A. § 1132(g)(1) (doc. 81) and Defendants' objections (docs. 73, 86), it is hereby ORDERED that Plaintiffs' Petition is GRANTED IN PART for the reasons set forth in the accompanying Memorandum Opinion. Defendants are ORDERED to pay Plaintiffs $71,950.50 in attorney's fees and $10,592.60 in costs.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE